IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUGH L. STEWART,

    Plaintiff,                    No. CIV S-03-0469 FCD KJM P

   vs.

BAXTER DUNN, et al.,

    Defendants.                ORDER

_____/

        Plaintiff has requested an extension of time to comply with the court's May 3, 2005 order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 20, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order to comply with the terms of the court's May 3, 2005 order.

DATED: June 1, 2005.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

1/kf
stew0469.36